The Division's motion to dismiss is granted and Claimant's appeal is dismissed for lack of jurisdiction.

LAWRENCE G. CRAHAN, J., and GLENN A. NORTON, J.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).

Dawn M. BUCHANAN,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 83186.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 17, 2004.

S. Kristina Starke, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Leslie E. McNamara, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., WILLIAM H. CRANDALL, JR., J., CLIFFORD H. AHRENS, J.

**ORDER**

PER CURIAM.

Movant, Dawn Buchanan, appeals from the denial of her Rule 24.035 motion, without an evidentiary hearing.

STATE of Missouri, Respondent,

v.

Raymond JONES, Appellant.

No. ED 82940.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 17, 2004.

Maleaner Harvey, St. Louis, MO, for appellant.

Andrea Kaye Spillars, Leslie E. McNamara, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., WILLIAM H. CRANDALL, JR., J., CLIFFORD H. AHRENS, J.

*ORDER*

PER CURIAM.

Raymond Jones ("Appellant") appeals his conviction and sentence for possessing a controlled substance, cocaine base. After a jury trial, he was sentenced as a prior and persistent offender to five years imprisonment. His point on appeal as-